# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| DALI WIRELESS, INC., § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | |
| § | |
| T-MOBILE US, INC., T-MOBILE USA, § | |
| INC., COMMSCOPE HOLDING § CIVIL ACTION NO. 2:23-CV-00247-RWS-RSP |
| COMPANY, INC., COMMSCOPE INC. and § | |
| COMMSCOPE TECHNOLOGIES § | |
| LLC, § | |
| § | |
| *Defendants*. § | |

## ORDER

Before the Court is the Notice of Dismissal ("Notice") filed by Dali Wireless, Inc. ("Plaintiff"). (Dkt. No. 7.) In the Notice, Plaintiff represents that the above-captioned case is voluntarily dismissed without prejudice. (*Id*. at 1.)

In light of the Notice, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(i), all pending claims and causes of action in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**SIGNED this 23rd day of July, 2023.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

1